UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE JAMES, et al.,

    Plaintiffs,

v.                                                    CASE NO. 8:15-cv-2424-T-23JSS

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

**ORDER**

    Michelle James and Nichole Seniuk initiate (Doc. 1) a class action against JPMorgan Chase Bank, N.A., for violation of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, which with a few exceptions prohibits calling a cellphone "using an[] automatic telephone dialing system or an artificial or prerecorded voice." Moving (Doc. 11) to stay this action, JPMorgan argues that this action "should be stayed pending the resolution of" (1) *Spokeo, Inc. v. Robins*, No. 11-56843 (S. Ct. cert. granted Apr. 27, 2015), and (2) *ACA International v. FCC*, No. 15-1211 (D.C. Cir. appeal docketed July 10, 2015). JPMorgan argues that the "Supreme Court's decision in *Spokeo* will determine whether Congress can create Article III standing through statutes, like the TCPA, where no concrete harm exists." (Doc. 11 at 6)

    JPMorgan's motion (Doc. 11) to stay is **DENIED**. The parties' motion (Doc. 41) to amend the scheduling order (Doc. 38) is **GRANTED**. The parties must conform to the new deadlines proposed in page 3 of the motion. James and Seniuk's

unopposed motion (Doc. 25) for an extension of the time to move for class certification is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on April 7, 2016.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE